Henry McCarthy v. Mary Crowley. — Order reversed, without costs to either party. Opinion by Pratt, J.

Harry Wallerstein, Respondent, v. John Bohanna and another, Appellants. — Judgment affirmed, with costs. Opinion by Pratt, J.

John Schenck, Respondent, v. Mathew Marx, Appellant. — Judgment and order denying new trial modified by deducting sixty dollars from judgment, and as modified affirmed, without costs to either party. Opinion by Pratt, J.; Dykman, J., not sitting.

Gilbert T. Davis and others, Appellants, v. George W. Briggs, Respondent. — Order reversed, without costs. Opinion by Pratt, J.; Dykman, J., not sitting.

E. Merritt Colyer v. George B. Colyer. — Motion denied, with ten dollars costs.

Martha Robostelli v. Charles H. Noxon. — Order reversed, with costs and disbursements, and motion granted, without costs. Opinions by Pratt and Dykman, JJ.

George R. Topliff, Respondent, v, Cuyler Freeman, Appellant. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

David Cromwell, Treasurer, v. Edward C. Wilson, Trustee. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

John M. Waterbury and others, Respondents, v. George C. Eldridge, Appellant. — Order affirmed, with costs. Opinion by Pratt, J.; Dykman, J., dissenting.

Edward J. Woolsey, Appellant, v. James Donnelly, Respondent. — Judgment of the County Court reversed, with costs, and judgment of justice affirmed. — Motion to dismiss appeal denied. Opinion by Barnard, P. J.

Eliza W. Parkhurst, Respondent, v. Robert H. Berdell, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Dykman, J.

Eliza W. Parkhurst, as Executrix, etc., Respondent, v. Robert H. Berdell (special appeal), Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Stephen Hasbrouck, Appellant, v. Josephine L. Disbrow, Respondent. — Order reversed, with costs and disbursements, and motion denied, with costs. Opinion by Pratt, J.

William B. Mead, Plaintiff, v. Charles A. Mead and others, Defendants, — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Alexander Jones, Respondent, v. Alexander L. Farrington, Appellant. — Order reversed, with costs and disbursements. Opinion by Dykman, J.

Samuel K. Nestor, Appellant, v. Magdalena Bischoff, Respondent. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Mary P. Taggart, Respondent, v. Mary G. Rogers and others, Appellants.—Interlocutory judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Frank Thall, by Guardian, Respondent, v. John A. Carrie, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Ella Tredwell, Respondent, v. Jonas A. Lincoln, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

George J. Hubbard, Respondent, v. William H. Nearpass and another, Executors, Appellants.— Order affirmed, with costs and disbursements. Opinion by Pratt, J.

The People of the State of New York ex rel. John L. Cook v. Egbert H. Hildreth and others. — Order of commission affirmed and writ quashed, with costs. Opinion by Barnard, P. J.

Matter of Last Will and Testament of Sarah Gray, Deceased.—Decree of surrogate affirmed, with costs. Opinion by Barnard, P. J.

Julian B. Shope v. Daniel Campbell.—Judgment of County Court affirmed, without costs. Opinion by Dykman J.

Charles Dickerson, Appellant, v. Milton Gordon, Respondent. — Judgment of County Court reversed and that of justice affirmed, with costs. Opinion by Pratt, J.

Isabella B. Ball, Respondent, v. William G. McCrea, Appellant.—Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Mary J. Lynch, Respondent, v. The Brooklyn City Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

James Cowan, by Guardian, Respondent, v. John H. Snyder, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Terrence McCracken v. William C. Flanaghan and another. — Judgment affirmed, with costs. Opinion by Dykman, J.

George Lewis v. The New York, Lake Erie and Western Railroad Company.— Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

John C. Onderdonk, Appellant, v. Andrew J. Onderdonk and others, Respondents. — Order sustaining defendants' demurrer, and judgment thereon affirmed, with costs. Opinion by Barnard, P. J.

Matter of Application of Hubert O. Thompson, as Commissioner of Public Works, etc.— Award and order confirming same, in case of Charles Butler, affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Albert W. Van Winkle v. Sylvanus L. Fowler. — Judgment for plaintiff upon submitted case, with costs. Opinion by Pratt, J.; dissenting opinion by Barnard, P. J.

Matter of Probate of Will of Mary Hollohan. — Order admitting will to probate affirmed, with costs. Opinion by Dykman, J.

Martha Aldrich, Respondent, v. Julia N. More, Appellant. — Judgment affirmed, with costs. Opinion by Pratt, J.

The Fleming Cut-Sole Company, Appellant, v. John H. Garretson, Respondent.

George F. Mills, Appellant, v. John H. Garretson, Respondent. — Judgments affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Hermann Jonas, Respondent, v. Antonio Blanco and another, Appellants.— Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Moses Swift, Respondent, v. The Staten Island Rapid Transit Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Samuel W. Boocock, Respondent, v. Mary L. Phipard, as Executrix, etc., Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J, not sitting.

De Witt C. Ward, Respondent, v. The Hudson River Building Company, Appellant. — Judgment reversed and new trial granted, with costs to defendant to abide event. Opinion by Pratt, J.; Dykman, J., not sitting.

George L. Pease, Respondent, v. Aaron Field and others, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Robert C. Dandge and Wife v. Wallace Mayo. — Order sustaining demurrer to counter-claim, and judgment thereon, reversed, with costs, at